## SHELTON *vs.* THE STATE OF GEORGIA.

1. The verdict in this case is supported by the evidence.
2. Newly discovered evidence, the effect of which is to impeach a witness for the state, is not ground for new trial.
3. A fine of $200.00, with the alternative of serving twelve months in

the chain-gang, is not excessive upon a conviction for carrying concealed weapons.

4. A new trial was properly refused in this case.

WARNER, Chief Justice.